DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
PHILLIP LEE TURNER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                    )<br>            Plaintiff,              )<br>                                    )<br>      v.                            )<br>                                    )<br>PHILLIP LEE TURNER,                 )<br>                                    )<br>            Defendant.              )<br>_____ ) | No. Cr. S 04-15 GEB<br><br>**[lodged] ORDER REDUCING SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>**RETROACTIVE CRACK COCAINE REDUCTION CASE**<br>Date:  June 6, 2008<br>Time:  9:00 a.m.<br>Judge: Hon. GARLAND E. BURRELL, Jr. |

   This matter came before the Court on the motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2) filed on April 15, 2008.  The motion was set for hearing on June 6, 2008, but because the parties have stipulated to the resolution, the matter is taken off calendar.

   The parties agree, and the Court finds, that Mr. Turner is entitled to the benefit of the retroactive amendment reducing crack cocaine penalties, which reduces the applicable offense level from 25 to 23.

   IT IS HEREBY ORDERED that the term of imprisonment originally imposed is reduced to 84 months;

   IT IS FURTHER ORDERED that all other terms and provisions of the

1  original judgment remain in effect.

2      Unless otherwise ordered, Mr. Turner shall report to the United
3  States Probation office closest to the release destination within
4  seventy-two hours after his release.

5  Dated:  April 29, 2008

6
7  _____
   GARLAND E. BURRELL, JR.
8  United States District Judge

ORDER REDUCING SENTENCE

-2-