# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| PHILLIP LEE TURNER ) | Case No: 2:04CR00015-01 |
| ) | USM No: 14916-097 |
| Date of Previous Judgment: 12-10-04 ) | David Porter, Assistant Federal Defender |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  x  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  100  months **is reduced to**  84  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 25 | Amended Offense Level: | 23 |
| Criminal History Category: | VI | Criminal History Category: | VI |
| Previous Guideline Range: | 110 to 137 months | Amended Guideline Range: | 92 to 115 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
☐ The reduced sentence is within the amended guideline range.
  of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

**III. ADDITIONAL COMMENTS**

Except as provided above, all provisions of the judgment dated  12-10-04  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  4/30/08

*[Judge's signature]*

Judge's signature

Effective Date: _____        Garland E. Burrell, Jr.,  U.S. District Judge
(if different from order date)                                    Printed name and title